DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
GINA M. ROCCANOVA, State Bar #201594
Deputy City Attorneys
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3815
Facsimile: (415) 554-4248
E-Mail: jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STOCKWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, CHIEF OF SAN FRANCISCO POLICE DEPARTMENT, sued in her official capacity,<br><br>Defendants. | Case No. 08-05180 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING DEFENDANT HEATHER FONG, CHIEF OF POLICE**<br>(Fed. R. Civ. Pro. 41) |

**IT IS HEREBY STIPULATED**, by and among the parties through their respective counsel that all of Plaintiffs' claims against the Defendant Heather Fong, Chief of Police, in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO STIPULATED.**

Dated: May 21, 2009

Michael S. Sorgen
LAW OFFICES OF MICHAEL S. SORGEN
Richard A. Hoyer
LAW OFFICES OF RICHARD A. HOYER & ASSOC.

By: /s/Michael S. Sorgen
MICHAEL S. SORGEN

Attorneys for Plaintiffs

Dated: May 21, 2009

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
GINA M. ROCCANOVA
Deputy City Attorneys

By: /s/Jonathan C. Rolnick
JONATHAN C. ROLNICK

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

//

//

//

//

//

//

**ORDER**

**IT IS HEREBY ORDERED** that all of Plaintiffs' claims against Defendant Heather Fong, Chief of Police, are dismissed with prejudice.

Dated: May 26, 2009




**HONO[...]MILTON**
**United [...]e**