Michael S. Sorgen (SBN 43107)
Ryan L. Hicks (SBN 260284)
LAW OFFICES OF MICHAEL S. SORGEN
Richard A. Hoyer (SBN 151931)
LAW OFFICES OF RICHARD A. HOYER & ASSOCIATES
240 Stockton Street, Ninth Floor
San Francisco, CA 94108
(415) 956-1360
Attorneys for Plaintiffs

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3815
Facsimile:     (415) 554-4248
E-Mail:        jonathan.rolnick@sfgov.org
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUANITA STOCKWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, CHIEF OF SAN FRANCISCO POLICE DEPARTMENT, sued in her official capacity,<br><br>Defendants. | Case No. 08-05180 PJH<br><br>**STIPULATION AND ORDER THEREON**<br><br>Hearing Date:  November 12, 2009<br>Time:          2:30 p.m.<br>Place:         Courtroom 3<br>               1301 Clay Street<br>               Oakland, CA 94612<br>Judge:         Phyllis J. Hamilton |
|---|---|

The Parties have been working diligently to complete the Joint Case Management Conference Statement for the conference scheduled for November 12, 2009.  In order to give the Court the most specific information possible regarding recent developments on many fronts in this case, the parties request leave from the Court to file the Joint Case Management Conference Statement by the close of

Stipulation and Order Thereon                     1
CASE NO. 08-05180 PJH

1  business on Monday, November 9, 2009.  This will ensure that the statement's utility and specificity
2  are optimal in informing the Court of the recent developments in the case.
3       The parties respectfully request that the Court allow the parties to file their Joint Case
4  Management Conference Statement on November 9, 2009 per the parties' stipulation.

Dated: November 6, 2009          Respectfully submitted,

                                 THE LAW OFFICES OF MICHAEL S. SORGEN


                                 By:         /s/
                                       MICHAEL S. SORGEN
                                       Attorneys for Plaintiffs


Dated: November 6, 2009          DENNIS J. HERRERA
                                 City Attorney
                                 ELIZABETH S. SALVESON
                                 Chief Labor Attorney
                                 JONATHAN C. ROLNICK
                                 GINA M. ROCCANOVA
                                 Deputy City Attorneys



                                 By:         /s/
                                        JONATHAN C. ROLNICK
                                        Attorneys for Defendants


### **~~PROPOS~~ED ORDER**

Pursuant to the parties' stipulation, the Court hereby permits the parties to file their Joint Case Management Conference Statement on November 9, 2009.

Dated: 11/9/09                   _____
                                 HON. PHYLLIS J. HAMILTON
                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton