1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  JONATHAN C. ROLNICK, State Bar #151814
   Deputy City Attorney
4  1390 Market Street, Fifth Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-3815
   Facsimile:    (415) 554-4248
6  E-Mail:       jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JUANITA STOCKWELL, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, CHIEF OF SAN FRANCISCO POLICE DEPARTMENT, sued in her official capacity,<br><br>　　　　Defendants. | Case No. 08-05180 PJH<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING DATE TO FILE MOTION FOR CLASS CERTIFICATION**<br> AS MODIFIED BY THE COURT |
|---|---|

1   **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel
2   that the deadline for plaintiffs to file a motion for class certification be continued from May 7, 2010
3   to May 12, 2010.
4       A continuance of the deadline for filing the motion for class certification is warranted as the
5   City's counsel in this action, Deputy City Attorney Jonathan Rolnick, is scheduled to begin a bench
6   trial in San Francisco Superior Court on Monday, May 3, 2010 in *Chiquete v. City and County of San*
7   *Francisco*, Case No. 509673.  Mr. Rolnick's handling of this trial was unexpected.  The deputy city
8   attorney previously handling the *Chiquete* case and is unavailable due to a death in her family on or
9   about April 24.  The City anticipates that the trial should take no more than two days.  However,
10  depending on when the case is assigned a courtroom, it is possible that the trial might overlap with
11  the time provided for the City to prepare its opposition to the motion for class certification.  A brief
12  continuance of the filing deadline will ensure that the City have the benefit of fourteen days to
13  prepare its opposition briefing and evidence.
14      The parties hereby agree to the following briefing schedule for the motion for class
15  certification:
16      a)  Plaintiffs' moving papers - May 12, 2010
17      b)  Defendant's opposition papers – May 26, 2010
18      c)  Plaintiffs' reply brief – June 2, 2010
19      d)  Hearing on Plaintiffs' Motion for Class Certification – June 16, 2010

Dated:  May 4, 2010

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH S. SALVESON
    Chief Labor Attorney
    JONATHAN C. ROLNICK
    Deputy City Attorney

    By:   /s/Jonathan C. Rolnick
    JONATHAN C. ROLNICK

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated:  May 4, 2010

                                    Michael S. Sorgen
                                    LAW OFFICES OF MICHAEL S. SORGEN
                                    Richard A. Hoyer
                                    LAW OFFICES OF RICHARD A. HOYER & ASSOC.

                                    By:     /s/Michael S. Sorgen
                                    MICHAEL S. SORGEN
                                    Attorneys for Plaintiffs

//

//

# ORDER

**IT IS HEREBY ORDERED** that the deadline for plaintiffs to file their motion for class certification be continued from May 7, 2010 to May 12, 2010 with the motion to be brought and heard pursuant to the briefing schedule set forth in the May 4, 2010 stipulation between the parties., as modified by the court.

Dated: May 6 , 2009



IT IS SO ORDERED
Judge Phyllis J. Hamilton