```
 1 │ DENNIS J. HERRERA, State Bar #139669
   │ City Attorney
 2 │ ELIZABETH SALVESON, State Bar #83788
   │ Chief Labor Attorney
 3 │ JONATHAN C. ROLNICK, State Bar #151814
   │ Deputy City Attorney
 4 │ 1390 Market Street, Fifth Floor
   │ San Francisco, California 94102-5408
 5 │ Telephone:    (415) 554-3815
   │ Facsimile:    (415) 554-4248
 6 │ E-Mail:       jonathan.rolnick@sfgov.org
 7 │
   │ Attorneys for Defendant
 8 │ CITY AND COUNTY OF SAN FRANCISCO
 9 │
10 │
   │                UNITED STATES DISTRICT COURT
11 │
   │              NORTHERN DISTRICT OF CALIFORNIA
12 │
```

| JUANITA STOCKWELL, et al., | Case No. 08-05180 PJH |
|---|---|
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER RE MOTION FOR CLASS CERTIFICATION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that Plaintiffs shall file and set for hearing a second motion for class certification based on the following schedule:

1. June 1, 2011 – Plaintiffs to file their second motion for class certification;
2. June 22, 2011 – Last day for the City to file its opposition;
3. July 1, 2011 – Last day for Plaintiffs to file a reply brief; and
4. July 20, 2011 – Motion to be heard at 9:00 a.m.

Dated:  May 17, 2011

    DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
JONATHAN C. ROLNICK
GINA M. ROCCANOVA
Deputy City Attorneys

By:   /s/Jonathan C. Rolnick
JONATHAN C. ROLNICK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  May 17, 2011

Michael S. Sorgen
LAW OFFICES OF MICHAEL S. SORGEN
Richard A. Hoyer
LAW OFFICES OF RICHARD A. HOYER & ASSOC.

By:   /s/Michael S. Sorgen
MICHAEL S. SORGEN
Attorneys for Plaintiffs

//

//

//

//

//

//

STIP & ORDER RE MTN FOR CLASS CERT.
CASE NO. 08-05180 PJH

2

n:\labor\li2008\090577\00700371.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

**IT IS HEREBY ORDERED** that plaintiffs' second motion for class certification shall be heard on July 20, 2011 at 9:00 a.m.  Plaintiffs shall file their motion on June 1, 2011.  Defendant's opposition shall be due on June 22, 2011.  Plaintiffs' reply brief shall be due on July 1, 2011.

Dated: May 23, 2011



_____
**HONORABLE PHYLLIS J. HAMILTON**
United States District Judge