DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
Deputy City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3815
Facsimile:    (415) 554-4228
E-Mail:       jonathan.rolnick@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY JOHNSON, | Case No. C11-02592 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | Hearing Date:  September 8, 2011<br>Time:          2:00 p.m.<br>Place:         Courtroom 3 (Oakland) |
| Defendant. | Trial Date:    None |

**IT IS HEREBY STIPULATED** by and between the parties:

Plaintiff Anthony Johnson filed the complaint in this action on May 31, 2011. At the time he filed the complaint, the clerk did not provide him with copies of the Court's May 31 Order Setting Initial Case Management Conference and ADR Deadlines (the Order). Johnson is appearing *pro se*. Johnson was not aware of the Order until he received a call from Deputy City Attorney Jonathan Rolnick on or about August 9, 2011. The City's counsel had called to arrange a time for the parties to meet and confer as required by the Order.

STIP & [PROPOSED] ORDER RE CMC          1          n:\labor\li2011\111325\00721583.doc
CASE NO.  C11-02592PJH

The parties met on August 26 regarding the preparation of a joint case management conference statement. At that time, the City's counsel provided Johnson with a copy of the Order and the Court's General Order regarding joint case management statements.

Given Johnson's lack of notice regarding the Order and his unfamiliarity with the requirements for a joint case management conference statement, he was unprepared to fully engage in the preparation of such a statement. In order to provide Johnson with sufficient time to engage meaningfully in the preparation of a joint case management conference statements, the parties request a continuance of the September 8, 2011 case management conference including a corresponding continuance for the time to file a joint case management conference statement and to make initial disclosures. The parties request that the case management conference be continued from September 8, 2011 to October 6, 2011 or as soon thereafter as a case management conference may be held.

Dated: August 29, 2011

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH S. SALVESON
    Chief Labor Attorney
    JONATHAN C. ROLNICK
    Deputy City Attorney

By: __/s/ Jonathan C. Rolnick__
    JONATHAN C. ROLNICK

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 29, 2011

By: _____
    ANTHONY JOHNSON, *pro se*

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the September 8, 2011 case management conference in the above-captioned action is continued to October 6, 2011 at 2:00 p.m. The parties shall file a joint case management conference statement, Rule 26(f) report, and complete their initial disclosures on or before September 29, 2011.

Dated: 8/30/11



_____
Phyllis J. Hamilton, District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton* (seal: United States District Court, Northern District of California)