UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY JOHNSON,

    Plaintiff(s),

    v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant(s).
_____/

No. C 11-2592 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Defendant's Motion to Compel, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

    IT IS SO ORDERED.

Dated: February 13, 2012

                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge

cc: MagRef, Assigned M/J, counsel of record