UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | No. C-11-02592 PJH (DMR) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO COMPEL** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Before the court is Defendant City and County of San Francisco's Motion to Compel responses to its requests for production of documents propounded on *pro se* Plaintiff Anthony Johnson. [Docket No. 120.] The court conducted a hearing on the motion on February 23, 2012. This Order summarizes the ruling made by the court on the record during the hearing.

Defendant served a set of requests for production of documents ("RFPs") on Plaintiff by United States Mail on December 22, 2011. (Rolnick Decl. ¶ 3, Ex. B, Feb. 10, 2012.) Responses to the RFPs were therefore due on or before January 26, 2012. As of February 10, 2012, the date this motion was filed, Plaintiff had not yet served Defendant with written responses to the RFPs nor any responsive documents. (Def.'s Mot. 4.) At the hearing on this motion, Plaintiff represented that he has since produced some, but not all, responsive documents in his possession to Defendant.

Parties may obtain discovery regarding "any non-privileged matter that is relevant to any party's claim or defense." Fed. R. Civ. P. 26(b). This includes the right to request the production of

documents pursuant to Federal Rule of Civil Procedure 34, and Rule 34 requires a party to whom an RFP is directed to respond in writing within 30 days after being served. Fed. R. Civ. P. 34(b)(2)(A). A party may move for an order compelling responses to discovery if "a party fails to respond that inspection will be permitted -- or fails to permit inspection -- as requested under Rule 34." Fed. R. Civ. P. 37(a)(3)(B)(iv).

Plaintiff has not provided written responses and all responsive documents to the RFPs to Defendant. Accordingly, Defendant's Motion to Compel is GRANTED. Plaintiff is ordered to serve responses to Defendant's RFPs and all responsive documents in his possession, custody or control **by no later than March 1, 2012.**

IT IS SO ORDERED.

Dated: February 23, 2012



_____
DONNA M. RYU
United States Magistrate Judge